# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  03-cr-00591-WDM-01 |
| CHARLENE BUFORD | USM Number:  05850-032 |
| | Edward Harris, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law-Possession of a Schedule II Controlled Substance | 02/20/06 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violations 2 and 3 and is discharged as to such violations.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 14, 2006
Date of Imposition of Judgment

s/ Walker D. Miller
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

August 16, 2006
Date

DEFENDANT:  CHARLENE BUFORD
CASE NUMBER:  03-cr-00591-WDM-01                                                                 Judgment-Page 2 of 5

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months.

     The court recommends that the Bureau of Prisons designate the defendant to a Federal Medical Center for service of sentence.

     The court recommends the defendant be credited with 21 days presentence confinement credit.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  CHARLENE BUFORD
CASE NUMBER:  03-cr-00591-WDM-01                                                              Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $0.00 | $0.00 | $51,091.66 |
| **TOTALS** | $0.00 | $0.00 | $51,091.66 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Chase Manhattan Bank<br>Visa Fraud Investigations<br>P.O. Box 29023<br>Phoenix, AZ 85072-9023 | $9,150.00 | $9,150.00 | |
| The Fifth Third Bank<br>Visa Fraud Investigations<br>38 Fountain Square Plaza<br>Cincinnati, OH 45202 | $6,700.00 | $6,700.00 | |
| GE Capital Financial Inc.<br>Mike Keller, Manager<br>6350 S. 3000 East<br>Salt Lake City, UT 84121 | $4,200.00 | $4,200.00 | |
| Household Bank Sena<br>Michael Cuffney, Investigations Manager<br>P.O. Box 80055 | $3,500.00 | $3,500.00 | |
| The Travelers Bank<br>Fraud Investigations<br>P.O. Box 15083<br>Wilmington, DE 19850-5083 | $2,000.00 | $2,000.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CHARLENE BUFORD
CASE NUMBER:  03-cr-00591-WDM-01                                              Judgment-Page 4 of 5

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| End of Line Beverage<br>1842 Ashwood Circle<br>Ft. Wright, KY 41011 | $197.89 | $197.98 | |
| FCC National Bank Firstcard<br>Visa Fraud Investigations<br>P.O. Box 2003<br>Elgin, IL 60121 | $6,200.00 | $6,200.00 | |
| Bank One<br>Tia Coleman, Fraud Investigation<br>P.O. Box 24057<br>Columbus, OH 43224 | $5,100.00 | $5,100.00 | |
| Advanta National Bank<br>Michele Long, Fraud Investigator<br>550 Blair Mill Road<br>Horsham, PA 19044 | $2,500.00 | $2,500.00 | |
| Star Bank<br>Visa Fraud Investigations<br>P.O. Box 1055<br>Cincinnati, OH 45201 | $1,800.00 | $1,800.00 | |
| **TOTALS** | $41,347.89 | $41,347.98 | |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CHARLENE BUFORD
CASE NUMBER:  03-cr-00591-WDM-01                                                                Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant is ordered to make restitution in the sum of $41,347.95. Payments shall be paid under the provisions of the Bureau of Prisons Inmate Financial Responsibility Program during the period of incarceration. Upon release, payments shall be paid in equal monthly installments until paid in full.  Payments should be made to the U.S. District Clerk, P.O. Box 1073, Covington, Kentucky 41012 and include your docket number.

Defendant is ordered to pay the outstanding restitution balance.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) penalties.